**FILED**

SEP 0 9 2016

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                        DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
_____Waco_____ DIVISION

Joseph Ross Huffman
_____
(Enter your full name)
                    Plaintiff(s)

v.

Burnt Puppy Music et al., Finley et al.,
Danilo Cavilo, Ivan Moro,
Marco Pedretti, Carmine Ruggiero
_____
(Enter full name of each Defendant)
                    Defendant(s)

CASE NUMBER: __W16CA355__
(To be supplied by Intake Deputy)

# COMPLAINT

1. First Paragraph (Name and Address of Plaintiff)
   Joseph Ross Huffman, 124 Chestnut DR, Copperas Cove, TX 76522

2. Second Paragraph (Name and Address(es) of Defendant(s))
   Burnt Puppy Music, C/O A Train Management, PO Box 29242, Oakland, CA 94604-9242

3. Third Paragraph (Jurisdiction Plea).
   Title 17 USC Chapter 5 Section 504(b) & Title 28 USC Chapter 28 Section 1338(b)

4. Fourth Paragraph ....
   Defendants: Day of Glory (BMI #: 16359012) infringes Plaintiff: Days of Glory (BMI # 8387199)

5. Fifth Paragraph ...

   Full gross revenue & injunctive relief
   The final paragraph should contain a statement of the relief you are seeking. This paragraph should not be numbered.

*[signature: Joseph Ross Huffman]*
Signature
Name (Typed or Printed)   Joseph Ross Huffman
Address                   124 Chestnut DR
Telephone Number          Copperas Cove, TX 76522

**Work Title**: DAYS OF GLORY

| | | |
|---|---|---|
| **BMI Work #**: 8387199 | **ISWC**: T-072.761.456-3 | |
| **Date Registered**: 09/19/2006 | **Registration Origin**: Works Registration | |

| **Songwriter/Composer** | **Current Affiliation** | **Shares** | **IP #** |
|---|---|---|---|
| HUFFMAN JOSEPH ROSS | BMI | 200.00% | 00500573198 |

| **Publisher** | **Current Affiliation** | **Shares** | **IP #** |
|---|---|---|---|
| EXCESS WRITER CLEARANCE | NA | 0.00% | |

## Title: DAY OF GLORY

Title Detail
**BMI Work #** 16359012
**ISWC #** T-910602250-8
**Total Controlled by BMI:** 100.00%

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| CALVIO DANILO | SIAE | 482249049 |
| MORO IVAN | SIAE | 677991178 |
| PEDRETTI MARCO | SIAE | 482249147 |
| RUGGIERO CARMINE | SIAE | 465837123 |

| Publishers | Current Affiliation | CAE/IPI # |
|---|---|---|
| BURNT PUPPY MUSIC | BMI | 179507241 |

Artists
FINLEY

e-lyricz
i
recommend
publish online / original (song)lyrics
Home | Register | How-to | Author Login                                              August 16 |

Search

**Sept. 15. 08 - THIS SITE IS TEMP. CLOSED FOR A TOTAL SYSTEM OVERHAUL** since this version is falling apart as many of you have noticed

**PLEASE DO NOT ATTEMPT TO PUBLISH (or edit) IN THE MEANTIME. THAT WORK WILL BE LOST**
All existing lyrics untill sept 15. will reappear in the new website. All authors will recieve an email when the new site is up and running.
This will be within 4 weeks - so that is half October.
Thanx for your patience

lyric categories | Song Lyrics | theme: reflection | by: Joseph Huffman

xml

Days of glory

(Verse 1)
My time
Is just around the corner
And will
endure forever
I will break free
And will rise above
I will rise above
And nothing can hold me back

(Chorus)
These days, days, days
Days of glory
Days of glory
Days of glory
Days of glory

(Verse 2)
My time
Of hardships is over
And will
Rejoice forever
I will rise to my feet
And pull myself up
I will pull myself up
And nothing can bring me down

(Repeat Chorus)

(Verse 3)
My time
Is more than a dream brother
And will
Live life to the fullest
I will fly free
And will rise above
I will rise above
And nothing can hold me back

(Repeat Chorus, 2x's)

(Repeat Verse 1)

by **Joseph Huffman**
published 16-Sep-2006
contact Joseph Huffman for permission before you use 'Days of glory' in any form
'Days of glory' © 2006 Joseph Huffman/Joseph Huffman - All rights reserved
Days of glory
Joseph Huffman

copyright ©1999-2008 www.e-LyricZ.com & Lyrics © by the individual authors, all rights reserved
FAQ | Terms of Use | Privacy policy | Contact | Bookmark e-LyricZ

# Day of Glory

Day's Glory is the theme song of season 3 of Legends of Chima: The Animated Series. It was written by Finny.

## Lyrics

The dust covered world, is closer than we know
Our Tribes are now divided, and we're losing control
Power's in the water, the core of energy
And we can't let it fall into the wrong hands.

Lift your heart
The fight has just begun
This is the day, the day of glory
This is the day, the day of glory

Stand your ground
We'll never fall apart
This is the day, the day of glory
This is the day, the day of glory

Rise up tribes of Chima
For the land we live in
Now's the time to fight for
the values we believe in

Lift your heart
The fight has just begun
This is the day, the day of glory
This is the day, the day of glory

Stand your ground
We'll never fall apart
This is the day, the day of glory
This is the day, the day of glory

Rise up tribes of Chima
For the land live in
Now's the time to fight for
the values we believe in

Lift your heart
The fight has just begun
This is the day, the day of glory
This is the day, the day of glory

Stand your ground
We'll never fall apart
This is the day, the day of glory
This is the day, the day of glory

Rise up tribes of Chima
for the land we live in
now's the time to fight for
the values we believe in

Lift your heart
The fight has just begun
This is the day, the day of glory
This is the day, the day of glory

Stand your ground
We'll never fall apart
This is the day, the day of glory
This is the day, the day of glory

For glory!

## See Also

- Unleash the Power
- Horizon
- Legends of Chima Soundtrack

## Read more

- Horizon
- Unleash the Power
- Legends of Chima Soundtrack

US District Clerks Office
800 Franklin Ave, Room 380
Waco, TX 76701

PORTLAND OR 970
06 SEP 2016 PM 1 L

76701-193480

FOREVER USA